## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENNY WRIGHT, | : | CIVIL ACTION NO. |
| | : | 1:09-2436 |
| Plaintiff, | : | |
| | : | (Judge John E. Jones, III) |
| v. | : | |
| | : | (Magistrate Judge Blewitt) |
| SPRINGETTSBURY TOWNSHIP | : | |
| POLICE DEPARTMENT, et al., | : | |
| | : | |
| Defendants. | : | FILED ELECTRONICALLY |

### STIPULATION OF VOLUNTARY DISMISSAL

The undersigned parties, by and through their undersigned counsel, hereby stipulate and agree that the following claims are HEREBY VOLUNTARILY DISMISSED WITH PREJUDICE, the parties to bear their own fees and costs:

- Any and all claims against the Springettsbury Police Department;
- Any and all claims brought under the Fourteenth Amendment;
- Any and all claims brought under the Pennsylvania Constitution (Count VI);
- The false arrest and false imprisonment claims contained in Counts I, VII, and VIII);
- The claim for Civil Conspiracy (Count IX);
- The claim for negligent infliction of emotional distress (Count V); and
- Any and all claims contained in Counts III and IV against Springettsbury Township and Chief David Eshbach only.

All other claims remain and are not affected by this stipulation.

_____
James D. Famiglio
Law Offices James D. Famiglio PC
600 Williamsburg Drive
Broomall, PA 19008

*Counsel for Plaintiff*
*Penny Wright*

_____
David J. MacMain
Janelle E. Fulton
Lamb McErlane, PC
24 East Market Street, Box 565
West Chester, PA  19381-0565

*Counsel for Defendants*
*Springettsbury Township Police Dep't,*
*Springettsbury Township,*
*Chief of Police David Eshbach,*
*Cpl. Brian Alu, Sgt. Brian Wilbur,*
*Officer Gregory Hadfield,*
*Officer Keith Browning, and*
*Officer Christopher Ford*

Approved by the Court:

_____
John E. Jones III
United States District Judge