AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

MIDDLE District of PENNSYLVANIA

PENNY WRIGHT
*Plaintiff*
v.
SPRINGETTSBURY TOWNSHIP POLICE DEPARTMENT, et al.
*Defendant*

Civil Action No. 1:CV-09-2436

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ________ recover from the defendant *(name)* ________ the amount of ________ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate _____ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ________ recover costs from the plaintiff *(name)* ________ .

X other: IT IS HEREBY ORDERED THAT JUDGMENT be and is hereby entered in favor of Defendants Sgt. Brian Wilbur, Officer Gregory Hadfield, and Officer Keith Browning and against the Plaintiff, Penny Wright.

This action was *(check one)*:

X tried by a jury with Judge THOMAS M. BLEWITT presiding, and the jury has rendered its verdict with special interrogatories.

❒ tried by Judge ________ without a jury and the above decision was reached.

❒ decided by Judge ________ on a motion for ________ .

Date: Apr 25, 2012

*CLERK OF COURT*

Mary Schirra
*Signature of Clerk or Deputy Clerk*

THOMAS M. BLEWITT, United States Magistrate Judge

FILED
SCRANTON
APR 26 2012
PER ms
DEPUTY CLERK